# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| ALEJANDRO PRADO-HERNANDEZ,<br><br>      Petitioner,<br><br>      v.<br><br>ACTING WARDEN, FCI-LOMPOC II,<br><br>      Respondent. | Case No. 2:25-cv-06816-VBF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is granted and that Judgment be entered denying the Petition without prejudice for failure to exhaust administrative reme_i___

Date:  June 15, 2026

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
United States District Judge