JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO PRADO-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>ACTING WARDEN, FCI-LOMPOC II,<br><br>Respondent. | Case No. 2:25-cv-06816-VBF-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice for failure to exhaust administrative remedies.

Date: June 15, 2026

_Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
United States District Judge